No. 697. WHITE *v.* JOHNSTON, WARDEN. See *ante,* p. 538.

No. 449. VERNON *v.* ALABAMA. See *ante,* p. 540.

No. 761. CRENSHAW *v.* UNITED STATES. See *post,* p. 596.

No. 796. GLASSER *v.* UNITED STATES;
No. 797. KRETSKE *v.* UNITED STATES; and
No. 798. ROTH *v.* UNITED STATES. April 7, 1941. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit are granted. *Messrs. Homer Cummings* and *William D. Donnelly* for petitioner in No. 796. *Mr. Edward M. Keating* for petitioner in No. 797. *Mr. Alfred E. Roth, pro se. Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States. *Mr. Ralph M. Snyder* filed a brief, as *amicus curiae,* in support of petitioner in No. 796. Reported below: 116 F. 2d 690.

No. 781. CLOVERLEAF BUTTER Co. *v.* PATTERSON, COMMISSIONER OF AGRICULTURE AND INDUSTRIES OF ALABAMA, ET AL. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Horace C. Wilkinson* and *Erle Pettus* for petitioner. *Messrs. Thomas L. Lawson,* Attorney General

552

of Alabama, and *William H. Loeb,* Assistant Attorney General, for respondents.

No. 803. UNITED STATES *v.* EMORY ET AL. April 7, 1941. Petition for writ of certiorari to the Springfield Court of Appeals, of Missouri, granted. *Solicitor General Biddle* for the United States.

No. 817. ROYAL INDEMNITY Co. *v.* UNITED STATES. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Harry S. Hall* and *Nathaniel E. Wheeler* for petitioner. *Solicitor General Biddle* for the United States.

No. 853. UNITED STATES *v.* A. S. KREIDER Co. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biddle* for the United States. *Mr. Donald Horne* for respondent.

No. 863. CITY OF NEW YORK *v.* FEIRING, TRUSTEE IN BANKRUPTCY. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Mr. Benjamin Siegel* for respondent.

No. 833. PIERCE *v.* UNITED STATES. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE BLACK